## RECONSIDERATION OF PRIOR DECISIONS

**2009–1935.   State v. Fletcher.**
Licking App. No. 2009–CA–0055, 2009-Ohio-5650. Reported at 124 Ohio St.3d 1444, 2010-Ohio-188, 920 N.E.2d 374. On motion for reconsideration. Motion denied.

Cupp, J., dissents and would grant the motion as to Proposition of Law No. I and hold the cause for the decision in 2009–2028, *State v. Davis*, Licking App. No. 09–CA–0019, 2009-Ohio-5175.

Motion for stay of consideration of motion for reconsideration denied.

**2009–2001.   State v. Askew.**
Stark App. No. 2009CA00020, 2009-Ohio-5293. Reported at 124 Ohio St.3d 1445, 2010-Ohio-188, 920 N.E.2d 375. On motion for reconsideration. Motion denied.

Lanzinger, J., dissents.

Motion for leave to submit judicial notice denied as moot.

**2009–2002.   Bunting v. Hauritz.**
In Mandamus. Reported at 124 Ohio St.3d 1437, 2010-Ohio-188, 920 N.E.2d 369. On motion for reconsideration. Motion denied.

**2009–2151.   Lopez v. Sheets.**
In Habeas Corpus. Reported at 124 Ohio St.3d 1439, 2010-Ohio-188, 920 N.E.2d 370. On motion to submit exhibit and motion for reconsideration. Motion to submit exhibit granted. Motion for reconsideration denied.

## CASE ANNOUNCEMENTS

*March 24, 2010*

[Cite as *03/24/2010 Case Announcements #2*, 2010-Ohio-1177.]

## MOTION AND PROCEDURAL RULINGS